1
2
3
4
5
6
7
8
9           UNITED STATES DISTRICT COURT
10        CENTRAL DISTRICT OF CALIFORNIA
11
12 MICHAEL MATHEWS,       )  Case No. CV 11-4191 MRW
13          Plaintiff,   )
14       vs.        )  JUDGMENT
15 MICHAEL J. ASTRUE,      )
16 Commissioner of Social Security,  )
17        Defendant.  )
   _____ )
18
19
20      The decision of the Administrative Law Judge is AFFIRMED.  Judgment
21 shall be entered in favor of Defendant.
22
23 DATE: February 23, 2012
24                      _____
25           HON. MICHAEL R. WILNER
26           UNITED STATES MAGISTRATE JUDGE
27
28